TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00330-CR

Kenneth Scott, III, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0932419, HONORABLE LARRY FULLER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order of the trial court revoking appellant's probation. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: December 20, 1995

Do Not Publish